UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADDIE SMITH, | |
| Plaintiff, | CASE NO. 2:21-cv-00629-JHC-BAT |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY AND/OR RECUSE AND REFERRING THE MOTION TO THE CHIEF JUDGE |
| LEGACY PARTNERS INC, CHRISTINA JONES, MICHAEL HOLT, GLEN CERIDONO, SYRES PROPERTIES, JOSEPH SYUFY, SYUFY ENTERPRISES LP, SYWEST DEVELOPMENT, SYHADLEY LLC, | |
| Defendants. | |

Plaintiff Addie Smith moves to disqualify and/or recuse the undersigned magistrate judge. Dkt. 99. The Court has considered the motion and **DENIES** it for the reasons below and **DIRECTS** the Clerk to refer the motion to Chief Judge Ricardo S. Martinez for further review.

"Whenever a motion to recuse directed at a judge of this court is filed pursuant to 28 U.S.C. § 144 or 28 U.S.C. § 455, the challenged judge will review the motion papers and decide whether to recuse voluntarily." Local Rules W.D. Wash. LCR 3(f). "If the challenged judge decides not to voluntarily recuse, he or she will direct the clerk to refer the motion to the chief judge, or the chief judge's designee." *Id*.

The substantive standard for recusal under 28 U.S.C. § 144 and 28 U.S.C. § 455 is

ORDER DENYING PLAINTIFF'S MOTION
TO DISQUALIFY AND/OR RECUSE AND
REFERRING THE MOTION TO THE CHIEF
JUDGE - 1

1  "[w]hether a reasonable person with knowledge of all the facts would conclude that the judge's
2  impartiality might reasonably be questioned." *United States v. McTiernan*, 695 F.3d 882, 891
3  (9th Cir. 2012) (internal quotation marks and alterations omitted). This is an objective inquiry
4  concerned with whether there is the appearance of bias, not whether there is bias in fact. *Preston*
5  *v. United States*, 923 F.2d 731, 734 (9th Cir.1992); *United States v. Conforte*, 624 F.2d 869, 881
6  (9th Cir.1980). Recusal is not required when the alleged bias arises from "conduct or rulings
7  made during the course of the proceeding." *See Toth v. TransWorld Airlines*, 862 F.2d 1381,
8  1388 (9th Cir.1988).

9        Plaintiff seeks to disqualify or recuse the undersigned judge on the grounds "[she] has
10  had experience with Asian judges taking the side of her employers in the past." Dkt. 99 at 3. She
11  expresses her disagreement with several orders issued in this case by the undersigned magistrate
12  judge (*id.*, at 4-7; 12-13), and additionally references a Bellevue District Court judge's denial of
13  her petition for an order of protection in 2019. *Id* at 3. However, Plaintiff's disagreement with the
14  Court's prior orders does not establish prejudice against her, under *Toth v. TransWorld Airlines*.
15  Further there is no claim of personal or extrajudicial bias that would meet the standard laid out in
16  28 U.S.C. § 144 or 28 U.S.C. § 455. The implication the undersigned judge is biased because of
17  Plaintiff's experiences with Asian judges does not meet the objective "reasonable person"
18  standard established by the Ninth Circuit in *McTiernan*, *Preston*, and *Conforte*.

19        The undersigned makes rulings in each case based upon the issues presented by the
20  parties or upon *sua sponte* review by the Court and has no personal bias or reason to be partial to
21  one side or the other in this matter. Plaintiff has not shown a reasonable person could question
22  this Court's impartiality. Accordingly, the undersigned declines to recuse himself voluntarily
23

ORDER DENYING PLAINTIFF'S MOTION
TO DISQUALIFY AND/OR RECUSE AND
REFERRING THE MOTION TO THE CHIEF
JUDGE - 2

from this case. For these reasons, the Court **DENIES** Plaintiff's motion to disqualify and/or recuse and **DIRECTS** the Clerk to refer this order and Plaintiff's motion to Chief Judge Ricardo S. Martinez.

Dated this 5th day of May, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY AND/OR RECUSE AND REFERRING THE MOTION TO THE CHIEF JUDGE - 3