UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADDIE SMITH,

    Plaintiff,

vs.

LEGACY PARTNERS, INC., a corporation; CHRISTINA JONES, Individually and in her official capacities and on behalf of her marital community; MICHAEL HOLT, Individually and in his official capacities and on behalf of his marital community; GLEN CERIDONO, in his individual and official capacities and their marital community; SYRES PROPERTIES, a corporation; JOSEPH SYUFY, individual and official capacities and their marital community; SYUFY ENTERPRISES, LP; SYWEST DEVELOPMENT; SYHADLEY, LLC, a corporation,

    Defendants.

Case No. 2:21-cv-00629-JHC-BAT

**ORDER GRANTING DEFENDANTS' MOTION TO SHOW CAUSE RE CONTEMPT, SANCTIONS AND DISMISSAL FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S ORDERS**

    THIS MATTER comes before the Court on Defendants' Motion To Show Cause Re Contempt, Sanctions And Dismissal For Plaintiff's Failure To Comply With Court's Orders ("Motion"). Dkt. # 111. The Court has reviewed the pleadings and papers on file relating to the Motion. Plaintiff did not respond to the Motion. *See generally* Dkt.

ORDER GRANTING DEFENDANTS'
MOTION TO SHOW CAUSE RE
CONTEMPT, SANCTIONS AND DISMISSAL
FOR PLAINTIFF'S FAILURE TO COMPLY
WITH COURT'S ORDERS - 1
Case No. 2:21-cv-00629- JHC-BAT

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Show Cause is GRANTED.

2. The Court hereby ORDERS Plaintiff Addie Smith to show cause why she should not be held in civil contempt, why she should not be subjected to whatever sanctions the Court deems appropriate, and why her case should not be dismissed in whole, within ten (10) days of this Order.

3. The Court RESERVES ruling on Defendants' request for an award of legal expenses.

DATED: June 3, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO SHOW CAUSE RE
CONTEMPT, SANCTIONS AND DISMISSAL
FOR PLAINTIFF'S FAILURE TO COMPLY
WITH COURT'S ORDERS - 2
Case No. 2:21-cv-00629- JHC-BAT